116 A.3d 473

**In the Matter of the REINSTATEMENT OF Joel D. JOSEPH to the Practice of Law.**

**Misc. Docket AG No. 11, Sept. Term, 2015.**

Court of Appeals of Maryland.

June 17, 2015.

## *ORDER*

This matter came before the Court on the Petition for Reinstatement of Joel D. Joseph, the supplement to the petition and the Response of Bar Counsel; and

The Court having considered the Petition, the supplement and Response, it is this 17th day of June, 2015, by the Court of Appeals of Maryland;

ORDERED, that the Petition and supplement be, and the same are hereby DENIED.